

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

**FILED**

JUN 1 6 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Allison Kathleen Aytes | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-CV-0095-JFH-JFJ |
| | ) | |
| Jelena McWilliams | ) | |
| Defendant | ) | |

## MOTION TO SUBMIT FILES TO THE COURT ELECTRONICALLY USING THE CASE MANAGEMENT/ELECTRONIC CASE FILES (CM/ECF) SYSTEM

The above-named Plaintiff hereby requests approval from the court to use the U.S. District Court for the Northern District of Oklahoma to submit filings in this matter electronically through the Case Management/Electronic Case Files (CM/ECF) System, using Client Code 1085-4178933. Appearing Pro Se, the Plaintiff needs access to the Document Filing System to e-file documents directly with the Court as opposed to relying on the U.S. Postal System.

DATED: June 15, 2021

_Allison Kathleen Aytes_
Allison Kathleen Aytes, Plaintiff

✓ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Rev

___ No Cpys    ___ No Env/Cpys    ___ O/J    ___ O/MJ

Motion for E-File Access vi CM/ECF                              Plaintiff Case No. 21-CV-0095-JFH-JFJ






U.S. POSTAGE PAID
PME 1-Day
AURORA, MO
65605
JUN 15, 21
AMOUNT
1007 74103 **$26.35**
R2305K138144-04

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®** **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 214 ) 799-6089

ALLISON AYTES
3313 W HOUSTON PL
BROKEN ARROW, OK 74012

☒ **DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( 918 ) 699-4700

CRT CLERK
US DISTRICT CRT, ND OKLAHOMA
333 W. FOURTH ST, ROOM 411
TULSA, OK 74103-3819

ZIP + 4® (U.S. ADDRESSES ONLY)

7 4 1 0 3 - 3 8 1 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

▶ **PEEL FROM THIS CORNER**

Postage marked 6/15/21 u

21-cv-95-JFH-JFJ

RECEIVED
JUN 16 2021

EJ 860 347 025 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
65605 | 6-16-21 | $ 26.35
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee | COD Fee
6-15-21 | ☑ (600) | $ | $
Time Accepted ☐ AM ☑ PM | | Return Receipt Fee | Live Animal Transportation Fee
2:01 | | $ | $
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
$ | $ |
Weight  ☑ Flat Rate | Acceptance Employee Initials | 26.35
lbs.   ozs.  X | RB |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021       PSN 7690-02-000-9996





**UNITED STATES POSTAL SERVICE®**