UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,[1]<br><br>*Defendant*. | Civil Action No. 23-0911 (CJN) |

## DEFENDANT'S STATUS REPORT AND
## PROPOSED BRIEFING SCHEDULE

Defendant Martin J. Gruenberg, in his official capacity as Chairman of the Federal Deposit Insurance Corporation, by and through the undersigned counsel ("Defendant"), hereby submits this status report proposing a briefing schedule for this matter.  Defendant reports as follows:

1. Plaintiff Allison Kathleen Aytes ("Plaintiff"), proceeding pro se, initially filed an amended complaint in the U.S. District Court for the Northern District of Oklahoma asserting claims under the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. (ECF No. 15).  Defendant moved to dismiss or, in the alternative, moved to transfer the case (ECF No. 17).  The U.S. District Court for the Northern District of Oklahoma transferred the case to this Court on March 27, 2023 (ECF No. 23).

2. Now, Defendant respectfully requests the Court set a briefing schedule for Defendant to file his response to the Complaint, in which Defendant intends to file a dispositive motion dismissing some, if not all, of the claims in this matter. Defendant proposes the following schedule:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Chairman Gruenberg is automatically substituted for his predecessor.

- Defendant will file his motion to dismiss by June 8, 2023;

- Plaintiff will file her opposition by July 10, 2023; and,

- Defendant will file his reply no later than 30 days after an ECF Notice of Electronic Filing pertaining to Plaintiff's response is generated and sent electronically to Defendant's counsel.

Consequently, Defendant respectfully requests that the Court enter the briefing schedule mentioned above. A proposed order is attached.

Dated: April 27, 2023                    Respectfully submitted,

                                         MATTHEW M. GRAVES, D.C. Bar # 481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

                                         */s/ Stephanie R. Johnson*
                                         STEPHANIE R. JOHNSON
                                         D.C. Bar # 1632338
                                         Assistant United States Attorney
                                         Civil Division
                                         601 D Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 252-7874
                                         Stephanie.Johnson5@usdoj.gov

                                         *Attorneys for the United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing to be sent by first class U.S, mail to Plaintiff Allison Kathleen Aytes at the following address on April 27, 2023:

ALLISON KATHLEEN AYTES
3313 West Houston Place
Broken Arrow, OK 74012

　　　　　　　　　　　　　　　　　　　　*/s/ Stephanie R. Johnson*
　　　　　　　　　　　　　　　　　　　　STEPHANIE R. JOHNSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,<br><br>*Defendant*. | Civil Action No. 23-0911 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Status Report and Proposed Briefing Schedule and the entire record in this matter, it is hereby:

**ORDERED** that the following deadlines shall govern the briefing in this case:

- Defendant shall file his motion to dismiss by June 8, 2023;

- Plaintiff shall file her opposition by July 10, 2023; and

- Defendant shall file his reply no later than 30 days after an ECF Notice of Electronic Filing pertaining to Plaintiff's response is generated and sent electronically to Defendant's counsel.

Dated this ____ day of _____, 2023.

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE