UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,<br><br>*Defendant.* | Civil Action No. 23-0911 (CJN) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Martin J. Gruenberg, in his official capacity as Chairman of the Federal Deposit Insurance Corporation ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time, to and through November 22, 2023, to file his reply.  Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with Plaintiff, who represents herself in this matter, about her position on the relief being sought through this motion.  Plaintiff has not responded to undersigned's emails or phone call.  Defendant also sincerely apologizes for the delay in filing this instant motion; however, there is good cause to grant this motion.  The grounds for this motion are set forth below:

1. Plaintiff initially filed an amended complaint in the U.S. District Court for the Northern District of Oklahoma asserting claims under the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. (ECF No. 15).  The U.S. District Court for the Northern District of Oklahoma transferred the case to this Court (ECF No. 23).

2. Defendant filed a motion to dismiss the amended complaint in its entirety, *see*

ECF No. 29, and Plaintiff filed her opposition, *see* ECF No. 31. Defendant's reply is due on October 26, 2023, *see* June 8, 2023, Min. Order,[1] and this is Defendant's first request for an extension of time to file his reply.

3. Good cause supports granting Defendant a reasonable amount of additional time beyond the current deadline to prepare his reply and have thorough supervisory and agency review. Over the past weeks, undersigned counsel has devoted a substantial amount of time to five substantive briefs and myriad pleadings, discovery requests, and joint status reports. New cases are assigned each week. Unfortunately, the demands of undersigned counsel's large docket of active cases, and the swelling number of cases in her office overall, have prevented undersigned counsel from making sufficient progress on the draft reply to file it on the current deadline. Consequently, counsel needs additional time to continue researching the issues and consult with the agency and supervising Assistant United States Attorneys while balancing a large number of deadlines in other matters. Also, undersigned needs additional time to complete the internal supervisory and agency review. Counsel also needs additional time to make sure that the reply represents the high standards of professionalism and presents Defendant's position clearly and effectively. Having the issues presented well to the Court should assist the Court with ruling on the dispositive motion.

4. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with Plaintiff. As of this filing, Plaintiff has not responded to undersigned's emails or voicemail. Nevertheless, Defendant does not believe that the requested extension would unfairly prejudice the Plaintiff. Also, this Motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

---

[1] Plaintiff's opposition was uploaded to the docket on September 26, 2023.

Based on the forgoing reasons, Defendant respectfully requests an extension of time, to and through November 22, 2023, to file his reply.   A proposed order is attached.

Dated: October 25, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLISON KATHLEEN AYTES,

*Plaintiff,*

v.

MARTIN J. GRUENBERG, Chairman,
Federal Deposit Insurance Corporation,

*Defendant.*

Civil Action No. 23-0911 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Reply and the entire record in this matter, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file his reply by November 22, 2023.

Dated this __ day of _____, 2023

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing to be sent by first class U.S, mailto Plaintiff Allison Kathleen Aytes at the following address on October 25, 2023:

ALLISON KATHLEEN AYTES
3313 West Houston Place
Broken Arrow, OK 74012

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney