UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman, Federal Deposit Insurance Corporation,<br><br>*Defendant.* | Civil Action No. 23-0911 (CJN) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Martin J. Gruenberg, in his official capacity as Chairman of the Federal Deposit Insurance Corporation ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time, to and through December 20, 2023, to file his reply. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to confer with Plaintiff, who represents herself in this matter, about her position on the relief being sought through this motion. Plaintiff has not responded to undersigned's email or phone calls. Defendant also sincerely apologizes for the delay in filing this instant motion; however, there is good cause to grant this motion. The grounds for this motion are set forth below:

1. Plaintiff initially filed an amended complaint in the U.S. District Court for the Northern District of Oklahoma asserting claims under the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. (ECF No. 15). The U.S. District Court for the Northern District of Oklahoma transferred the case to this Court (ECF No. 23).

2. Defendant filed a motion to dismiss the amended complaint in its entirety, *see*

ECF No. 29, and Plaintiff filed her opposition, *see* ECF No. 31.  Defendant's reply is due on November 22, 2023, *see* October 26, 2023, Min. Order, and this is Defendant's second request for an extension of time to file his reply.

3. Good cause supports granting Defendant a reasonable amount of additional time beyond the current deadline to prepare the response to Plaintiff's Opposition, conduct legal research review, confer with the client agency, and have thorough supervisory and agency review.  Over the past weeks, undersigned counsel has devoted a substantial amount of time to more than six substantive briefs, a court appearance, and myriad pleadings, discovery requests, and joint status reports.  New cases are assigned each week and undersigned counsel is currently preparing for a trial in December.  Unfortunately, the demands of undersigned counsel's large docket of active cases, and the swelling number of cases in her office overall, have prevented undersigned counsel from making sufficient progress on the draft response to Plaintiff's Opposition to file it on the current deadline.  Defendant needs additional time to continue researching the issues and consult with the agency and supervising Assistant United States Attorneys while balancing a large number of deadlines in other matters.  Also, undersigned needs additional time to complete the internal supervisory and agency review.  Counsel also needs additional time to make sure that the response to the Plaintiff's Opposition represents the high standards of professionalism and presents Defendant's position clearly and effectively.  Having the issues presented well to the Court should assist the Court with ruling on the dispositive motion.

4. Finally, Defendant respectfully submits that granting this extension would not unfairly prejudice Plaintiff and there are no future deadlines.  Indeed, Defendant is seeking additional time in good faith and not for purposes of gaining any advantage in the case.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Plaintiff's Opposition be extended through and including December 20, 2023. A proposed order is enclosed herewith.

Dated: November 21, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br>*Plaintiff,*<br>v.<br>MARTIN J. GRUENBERG, Chairman, Federal Deposit Insurance Corporation,<br>*Defendant.* | Civil Action No. 23-0911 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Reply and the entire record in this matter, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file his reply by December 20, 2023.

Dated this __day of ______, 2023

Carl J. Nichols
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing to be mailed to Plaintiff Allison Kathleen Aytes via U.S. Postal Service First Class Mail, with postage prepaid, and via e-mail at the following address:

ALLISON KATHLEEN AYTES
3313 West Houston Place
Broken Arrow, OK 74012

ALLISON KATHLEEN AYTES
218 Barbee Ct
Marina, CA 93933
allison.aytes@gmail.com

                                                  */s/ Stephanie R. Johnson*
                                                  STEPHANIE R. JOHNSON
                                                  Assistant United States Attorney

Date: November 21, 2023