UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ALLISON KATHLEEN AYTES,  )
                         )
        Plaintiff,       )
                         )
    v.                   )
                         )   Civil Action No. 23-0911 (CJN)
MARTIN J. GRUENBERG,     )
Chairman, Federal Deposit Insurance Corporation, )
                         )
        Defendant.       )

RECEIVED
Mail Room

DEC 19 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to the Federal Rules of Civil Procedure 12(a)(1)(A), Allison Kathleen Aytes, (Plaintiff) hereby submits a Response to Martin J. Gruenberg, in his official capacity as Chairman of the Federal Deposit Insurance Corporation's (Defendant) Motion for an Extension of Time to File a Reply, filed November 21, 2023. Plaintiff respectfully requests the Court consider the errors in Defendant's claims in their second and third Motions requesting filing extensions prior to ruling on Defendant's Motion to Dismiss for the reasons that follow. The Defendant claimed Plaintiff was not responsive to both of Defendant's motions, but Plaintiff was not notified in a reasonable amount of time to respond before Defendant filed the Motions with this Court. Plaintiff responded to Defendant via phone call and email within 24 hours of Defendant's notice, and agreed to all three motions to extend filing deadlines.

1. Plaintiff filed an Amended Complaint against Defendant on March 3, 2021, in the U.S. District Court for the Northern District of Oklahoma asserting claims under the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. (ECF 15). The U.S. District Court for the Northern District of Oklahoma transferred Plaintiff's case to this Court April 6, 2023 (ECF 24).

2. Defendant's counsel, Stephanie R. Johnson, received Plaintiff's Amended complaint by mail April 27, 2023 (ECF 26) and Defendant filed their first Motion for

an Extension of Time to Reply to Plaintiff's Amended Complaint on June 5, 2023 (EFC 28). On June 5, 2023, Plaintiff responded to Defendant via phone call and email agreeing to Defendant's request to extend their deadlines from June 6, 2023, to July 7, 2023, and filed the motion the same day. This Court granted Defendant's motion June 5, 2023.

3. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss filing deadline September 11, 2023 (ECF 28), and Plaintiff filed the Memorandum August 21, 2023, 21 days prior to the filing deadline. (ECF 31). The court clerk's office misplaced Plaintiff's original Memorandum and requested a second copy to file on September 26, 2023 (ECF 31).

4. On October 25, 2023, Defendant filed a second Motion for an Extension of Time to Reply to Plaintiff's Amended Complaint requesting a new deadline of November 22, 2023 (ECF 32). In the October Motion, Defendant claimed it was the first time they requested additional time to accommodate Ms. Johnson's busy schedule and heavy workload. Defendant claimed the same busy schedule and heavy workload as the need for additional time in their first Motion to extend time to file on June 5, 2023 (EFC 28). This Court granted Defendant's second request for an extension on October 26, 2023.

5. Defendant claimed in the October Motion that "Plaintiff did not respond to email or phone calls," however, Plaintiff was not given reasonable notice to respond to Defendant. Defendant's Counsel sent an email to Plaintiff October 24, 2023, at 9:04 pm PST, and left a voicemail for Plaintiff on October 25, 2023, at 4:38pm PST, the same day they filed their Motion (ECF 32). Plaintiff contacted Ms. Johonson via phone and email the next day, October 26, 2023, agreeing to the extension and requesting reasonable notice for future extensions. Ms. Johnson agreed to "try [her] hardest to reach out well in advance."

6. On November 21, 2023, Defendant filed a third Motion for Extension of Time to Reply to Plaintiff's Amended Complaint requesting a new deadline of December 20, 2023 (ECF 33). Defendant again claimed that "Plaintiff did not respond to

email or phone call," but Plaintiff again did not have reasonable notice before Defendant filed their Motion. Defendant sent an email November 21, 2023 at 12:26 pm PST, left a voicemail at 5:50pm PST, and filed their Motion the same day (ECF 33). This Court granted Defendant's motion for an extension on November 23, 2023.

In summary, Plaintiff respectfully requests the Court consider Defendant's claims that Plaintiff has been unresponsive as misleading and prejudicial toward the Plaintiff with the Court. Defendant gained an unfair advantage by extending their deadlines 90 days and not providing Plaintiff with reasonable notice before filing. Defendant has extended deadlines three times since June 5, 2023, while Plaintiff has filed within the Court's scheduled deadlines for all filings. Plaintiff has the same level of professional demands and works in a position without access to personal emails or phone calls before 5:30pm PST, but has not requested additional time to file.

Defendant told Plaintiff she would receive notice "well in advance" for future filings, but has provided less than one day for Plaintiff to respond. Plaintiff has agreed to all three extensions and responded to Plaintiff within a reasonable amount of time, but Defendant misled the Court by claiming Plaintiff has been non-responsive. Plaintiff respectfully requests the Court consider the facts above prior to ruling on the Defendant' Motion to Dismiss filed July 7, 2023 (ECF 29).

Dated:  December 18, 2023

Respectfully submitted,

By *Allison K. Aytes*
Allison K. Aytes, Plaintiff
218 Barbee Court
Marina, CA 93933
Phone: (214) 799-6089
Email: allison.aytes@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2023, I filed the foregoing with the U.S. District Court for the District of Columbia Clerk of Court via Federal Express to the following address:

UNITED STATES DISTRICT COURT
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Clerk's Office, Room 1225

I hereby certify that on the 18th day of December, 2023, I mailed a true copy of the foregoing to the Defendant, Martin J. Gruenberg, in his official capacity with the Federal Deposit Insurance Corporation at the following address:

STEPHANIE R. JOHNSON
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Office Phone: (202) 252-7974
Email: Stephanie.Johnson5@usdoj.gov

Respectfully submitted,

By *Allison K. Aytes*
*Allison K. Aytes, Plaintiff*
218 Barbee Court
Marina, CA 93933
Phone: (214) 799-6089
Email: allison.aytes@gmail.com