# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>       *Plaintiff*,<br><br>  v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,<br><br>       *Defendant*. | Civil Action No. 1:23-cv-00911 (CJN) |

## ORDER

  This matter is before the Court on the government's Motion to Dismiss or for Summary Judgment.  ECF No. 29.  In that motion, the government asserts that Plaintiff Allison Aytes "filed her initial Complaint in federal court more than ninety days after receiving the EEOC's final decision."  *Id*. at 6.  Aytes does not appear to dispute that assertion in her opposition.  *See* ECF No. 31 at 5–6.  In light of Aytes's pro se status, the Court will order supplemental briefing to clarify her position.  Accordingly, it is hereby

  **ORDERED** that Aytes shall file a supplemental brief of no more than 5 pages on or before April 12, 2024, that identifies the date she received the EEOC's final decision and the means by which she received it; and it is further

  **ORDERED** that the government may file a supplemental brief of no more than 5 pages on or before April 29, 2024, responding to Aytes's submission.

DATE:  March 20, 2024

                                   */s/ Carl J. Nichols*
                                   CARL J. NICHOLS
                                   United States District Judge