UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,<br><br>    *Defendant*. | Civil Action No. 23-0911 (CJN) |

**<u>SUPPLEMENTAL BRIEF SUPPORTING PLAINTIFF'S TIMELY<br>AND PROPER CIVIL COMPLAINT FILING</u>**

**INTRODUCTION**

PLAINTIFF, ALLISON KATHLEEN AYTES ("Plaintiff") submits a Supplemental Brief in support of Plaintiff's timely and proper Civil Complaint filing, per this Court's Order permitting her to clarify the date and means by which she received the U.S. Equal Employment Opportunity Commission's ("EEOC") final decision on appeal. Plaintiff renews her statement of facts and claims against Defendant presented in the Amended Complaint and opposes Defendant's Motion to Dismiss asserting that Plaintiff "filed her initial Complaint in federal court more than ninety days after receiving the EEOC's final decision." *See* (ECF No. 31 at 6). Plaintiff addresses Defendant's assertion and this Court's question about the timely and proper filing, stating,

    (1) Plaintiff received EEOC decision by certified mail at home address December 5, 2020.

    (2) EEOC decision stated Plaintiff had the right to file a civil action within 90 calendar days from the date Plaintiff received the decision.



RECEIVED
Mail Room

APR - 4 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

(3) 90 calendar days from the date Plaintiff received the decision would toll on March 5, 2021.

(4) Plaintiff Filed the Initial Complaint March 1, 2021, within the 90-day deadline.

(5) Plaintiff Must Use Postal Services for Document Filing.

Accordingly, and for the reasons stated herein, Plaintiff should be found to have timely and properly filed her initial Complaint with the Court within the 90-day deadline.

## ARGUMENT

### I.  Plaintiff Received EEOC Decision December 5, 2020.

Under Federal Rules of Civil Procedure § 6(a)(1) for computing time stated in days, Plaintiff shall "exclude the day of the event that triggers the period," in this case, the EEOC's decision on Complainant's Right to File a Civil Action pursuant to Appeal No. 2019003091 (July 23, 2020), providing Plaintiff may file an action "in an appropriate United States District Court within ninety (90) calendar days from the date of receipt of the decision." (ECF 1) Plaintiff received the Court's decision via U.S. Postal Service certified mail on December 5, 2020, at her home address of 3313 W. Houston Place, Broken Arrow, OK 74012, thereby triggering the 90-day start date one day later, December 6, 2020.

If this Court does not apply the trigger date as December 5, 2020, then Plaintiff's 90-day deadline would have started December 3, 2020, the day after the EEOC electronically filed the right to sue on December 2, 2020. Therefore, Plaintiff's initial filing date of March 1, 2021, was within the 90-day deadline using either calendar start date.

### II.  Plaintiff Filed the Initial Complaint on March 1, 2021, within the 90-day deadline.

Pursuant to Code of Federal Regulations § 148.246 (a), "a document submitted by mail is considered filed on the date it is postmarked," and Plaintiff mailed her initial Complaint to the U.S.

2

District Court for the Northern District of Oklahoma via the U.S. Postal Service ("USPS") Priority Express postmarked March 1, 2021. *See* Compl. at 7 (ECF No. 1). The Court Clerk's photocopy of the USPS envelope shows a postmark of March 1, 2021, and guaranteed delivery date of March 2, 2021, with the words "Postage mailed 3/1/21" and the recipient's initials written under the postage stamp. Therefore, Plaintiff filed her initial Complaint with the Court within the 90-day deadline, which would have tolled on March 5, 2021. *See* (ECF No. 1 at 7).

### III.   Plaintiff Must Use Postal Services for Document Filing.

Since Plaintiff is Pro Se, she must submit documents via mail services and, in this case, made reasonable efforts to ensure her case was timely and properly filed with Oklahoma District Court. Plaintiff's request to electronically file documents via the Case Management/Electronic Case Files (CM/ECF) System but was denied by the Court on June 18, 2021. Therefore, Plaintiff will continue to use postal services to file case documents. *See* (ECF No. 7).

### CONCLUSION

For the above stated reasons, Plaintiff requests the Court agree that Plaintiff filed her Complaint within the 90-day deadline and grant her request to deny Defendant's Motion to Dismiss Plaintiff's Complaint.

Dated: April 3, 2024                    Respectfully submitted,

                                        *[signature]*
                                        By:  Allison Kathleen Aytes, *Plaintiff*
                                             218 Barbee Court
                                             Marina, CA 93933
                                             Phone: (214) 799-6089
                                             Email: Allison.aytes@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLISON KATHLEEN AYTES,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN J. GRUENBERG, Chairman,<br>Federal Deposit Insurance Corporation,<br><br>*Defendant.* | Civil Action No. 23-0911 (CJN) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and the entire record herein, it is hereby

ORDERED that the Defendant's Motion is DENIED.

SO ORDERED:

Dated this ___ day of _____, 2024

                                                 CARL J. NICHOLS
                                                 United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I filed the foregoing with the Clerk of the U.S. District Court for the District of Columbia Clerk of Court via Federal Express to the following addresses:

UNITED STATES DISTRICT COURT
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Clerk's Office, Room 1225

STEPHANIE R. JOHNSON
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Office Phone: (202) 252-7974
Email: Stephanie.Johnson5@usdoj.gov

By:   Allison K. Aytes, *Plaintiff*
      218 Barbee Court
      Marina, CA 93933
      Phone: (214) 799-6089
      Email: allison.aytes@gmail.com